■ In the Matter of STARR H. and Others, Children Alleged to be Abused. (Appeal No. 1.)—Appeal unanimously dismissed without costs as academic *(see, Kurtis v Allstate Ins. Co.,* 43 AD2d 954; *Gorfinkel v First Natl. Bank,* 19 AD2d 903, *affd* 15 NY2d 711). (Appeal from order of Erie County Family Court, Honan, J.—sexual abuse.) Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.